Petition for Writ of Mandamus Denied and Memorandum Opinion filed
February 17, 2005









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed February 17, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00085-CV

____________

 

IN RE CHARLES FRANKLIN IRELAND, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On January 28, 2005, relator
filed a petition for writ of mandamus in this court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52. 

Relator has not established that he is
entitled to mandamus relief. 
Accordingly, we deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

Petition Denied and
Memorandum Opinion filed February 17, 2005.

Panel consists of
Justices Anderson, Hudson, and Frost.